Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
Che Corrington (*pro hac vice*)
HATTIS & LUKACS
400 108th Ave NE, Ste 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com
Email: che@hattislaw.com

*Attorneys for Plaintiff Nick Vasquez
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK VASQUEZ,<br>For Himself,<br>As A Private Attorney General, and/or<br>On Behalf Of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>v.<br><br>CEBRIDGE TELECOM CA, LLC (D/B/A SUDDENLINK COMMUNICATIONS); ALTICE USA, INC.; and<br>DOES 1 THROUGH 10, INCLUSIVE,<br><br>                                  Defendants. | Case No. 3:21-cv-06400-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURRESPONSE**<br><br>The Honorable Edward M. Chen |

For good cause shown, the Court hereby GRANTS Plaintiff Nick Vasquez's Motion For Leave To File Surresponse in response to Defendants' Motion To Compel Arbitration And Stay Litigation (Dkt. 12). Plaintiff Vasquez's Surresponse is DEEMED FILED as of the date of this Order.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
The Honorable Edward M. Chen
United States District Court Judge