Daniel M. Hattis (SBN 232141)
Che Corrington (admitted *pro hac vice*)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com

Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
936 Woodlawn Drive
Thousand Oaks, CA 91360
Telephone: (805) 233-8062
Facsimile: (425) 412-7171
Email: pkl@hattislaw.com

*Attorneys for Plaintiff
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK VASQUEZ, On Behalf Of Himself, As A Private Attorney General, And/Or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CEBRIDGE TELECOM CA, LLC (D/B/A SUDDENLINK COMMUNICATIONS); ALTICE USA, INC.; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-06400-EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(i)] |

**NOTICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Nick Vasquez hereby provides notice that the entirety of this civil action is voluntarily dismissed without prejudice. Neither Defendant Cebridge Telecom CA, LLC (d/b/a Suddenlink Communications) nor Defendant Altice USA, Inc. has filed an answer or a motion for summary judgment.

The operative Second Amended Complaint (Dkt. 22) was brought as a putative class action. Pursuant to Fed.R.Civ.P. 23(e), Plaintiff Vasquez provides notice that the putative class has not been certified nor has the class been proposed to be certified for purposes of settlement. To be clear, Plaintiff Vasquez is dismissing his own personal claims without prejudice and is dismissing his claims on behalf of the proposed class without prejudice.

Dated: December 5, 2022

Respectfully submitted,

HATTIS & LUKACS

By: */s/ Daniel M. Hattis*

Daniel M. Hattis (SBN 232141)
HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com

Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
936 Woodlawn Drive
Thousand Oaks, CA 91360
Telephone: (805) 233-8062
Facsimile: (425) 412-7171

*Attorneys for Plaintiff
and the Proposed Class*