| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 9 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NICK VASQUEZ, For Himself, As a Private Attorney General, and/or On Behalf of All Others Similarly Situated,

        Plaintiff-Appellee,

v.

CEBRIDGE TELECOM CA, LLC, DBA Suddenlink Communications; ALTICE USA, INC.,

        Defendants-Appellants.

No. 21-17009

D.C. No. 3:21-cv-06400-EMC
Northern District of California,
San Francisco

ORDER

The parties' stipulated motion (Docket Entry No. 26) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Sofia Salazar-Rubio
        Deputy Clerk
        Ninth Circuit Rule 27-7

SSR/Pro Mo